**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Regina Gail Blann <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 19-15972 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

    Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
10 Aug 2020, 15:56:58, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: bb43c7905b12064ce12c8604f0f3c805db19ab0650538f6da9dee3728ca9751e