Office Mailing Address:

Scott F. Waterman, Trustee

2901 St. Lawrence Avenue, Suite 100

Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee

P.O. Box 680

Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020

**Chapter 13 Case No. 19-15972-PMM**

REGINA GAIL BLANN

164 AMBER CIRCLE

New Holland  PA     17557

Petition Filed Date: 09/24/2019

341 Hearing Date: 11/26/2019

Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 11/13/2019 | $350.00 | 913107 | 12/17/2019 | $350.00 | 913588 | 01/17/2020 | $350.00 | 913946 |
| 02/14/2020 | $350.00 | 914285 | 03/13/2020 | $350.00 | 914645 | 04/06/2020 | $350.00 | 914855 |
| 05/06/2020 | $350.00 | 915140 | 06/12/2020 | $350.00 | 915390 | 07/14/2020 | $350.00 | 915757 |

**Total Receipts for the Period: $3,150.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | | |
|---|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,150.00 | Current Monthly Payment: | $420.00 |
| Paid to Claims: | $0.00 | Arrearages: | $840.00 |
| Paid to Trustee: | $292.25 | Total Plan Base: | $25,410.00 |
| Funds on Hand: | $2,857.75 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.