**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | |
|---|---|
| Regina Gail Blann | Chapter 13 |
| Debtor | |
| | Bankruptcy No. 19-15972-pmm |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

**Regina Gail Blann, has filed an Motion to Sell Real Estate Free and Clear of Liens and Encumbraces, to Approve Broker's Commission, and to Permit Distribution of Sale Proceeds.**

1. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney).**

2. **If you do not want the Court to grant the relief sought in the Motion** **or if you want the Court to consider your views on the motion, then on or before September 10, 2020 you or your attorney must file a response to the Motion.**

3. **A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, on September 17, 2020 at 11:00 a.m. in Courtroom #1, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, Pennsylvania. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Reading cases at (610) 208-5040 and for Philadelphia cases at (215) 408-2800 to find out whether the hearing has been canceled because no one has filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at:

   United State Bankruptcy Court
   Eastern District of Pennsylvania
   The Gateway Building
   201 Penn Street, Suite 103
   Reading, PA 19603

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Michael D. Hess, Esquire
    Burke & Hess
    1672 Manheim Pike
    Lancaster, PA 17601
    717-391-2911 – phone
    717-391-5808 – fax
    mdhess7@yahoo.com

**Dated: August 20, 2020**