United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-15972-pmm
Regina Gail Blann  Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4  User: DonnaR  Page 1 of 1  Date Rcvd: Aug 24, 2020
                 Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.
db        +Regina Gail Blann,   164 Amber Circle,   New Holland, PA 17557-9425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:
      ANTHONY  ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
       anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
      MARIO J. HANYON    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
      MICHAEL D. HESS    on behalf of Debtor Regina Gail Blann amburke7@yahoo.com
      REBECCA ANN SOLARZ    on behalf of Creditor    US Bank Trust National Association, Not In Its
       Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ECFMail@ReadingCh13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 13 |
|  | : |  |
| Regina Gail Blann | : | Bankruptcy Case |
|  | : | No. 19-15972-pmm |
|  | : |  |
| Debtor | : |  |

## STIPULATION RESOLVING OBJECTION TO CLAIM No. 5

Plaintiff, Regina Gail Blann, (hereinafter referred to as the Debtor) and the Internal Revenue Service (hereinafter referred to as Defendant or IRS), by and through undersigned counsel, hereby stipulate and agree to resolve the objection to the IRS's proof of claim number 5 as follows:

1. On September 24, 2019, the debtor filed a voluntary petition for Chapter 13 bankruptcy with this Court.

2. On December 10, 2019, the IRS filed Proof of Claim 5-1 asserting a Priority claim of $76,022.95. (Exhibit A – IRS Proof Of Claim 5-1).

3. The debtor's filed an objection to the IRS's claim.

4. The IRS filed a response to the Objection on March 11, 2020.

5. To resolve the Objection to Claim No. 5, the IRS agrees to accept $19,000 from the debtor as satisfaction of its claim against the debtor.

6. Debtor shall make a single $10,000 payment to the IRS from the proceeds of a sale of debtor's property within thirty (30) days from the closing of the sale of that property.

7. Debtor shall pay the remaining $9,000 in monthly priority payments following the confirmation of the bankruptcy plan.

8. If the debtor defaults on the payments to the IRS, the IRS shall notify the

debtor in writing of said default. The debtor shall have 30 days from the date of the notice of default to cure the default. Should debtor fail to cure the default, the IRS is relieved from the bankruptcy stay and may pursue collection of the outstanding debt.

9. If the Debtor does not successfully complete her approved Chapter 13 plan, the IRS may pursue all remaining unpaid debt listed in Proof of Claim 5.

Respectfully submitted,

/s/ Michael Hess
Michael D. Hess, Esquire
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601-3028

*Counsel for the Debtor*

/s/ Anthony St. Joseph
Anthony St. Joseph
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

*Counsel for IRS*

Approved By The Court:

/s/ Patricia M. Mayer

HONORABLE PATRICIA M. MAYER
*Judge, United States Bankruptcy Court*

DATED: **August 24, 2020**