# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| **Regina Gail Blann** | **Chapter 13** |
| **Debtor** | **Bankruptcy No. 19-15972-pmm** |

### PRAECIPE TO WITHDRAW REVISED PROPOSED ORDER RE: ORDER TO SELL REAL ESTATE FREE AND CLEAR OF ALL ENCUMBRANCES, TO APPROVE BROKER'S COMMISSION, AND TO PERMIT LIMITED DISTRIBUTION OF CERTAIN SALE PROCEEDS AT SETTLEMENT

**TO THE CLERK:**

Kindly withdraw our Revised Proposed Order RE: Order to Sell Real Estate Free and Clear of All Liens and Encumbrances, To Approve Broker's Commission, and To Permit Limited Distribution of Certain Sale Proceeds at Settlement, which was filed on September 18, 2020, for the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By:   /s/ Michael D. Hess\_\_\_
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA  17601
(717) 391-2911