**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In Re:<br><br>**REGINA GAIL BLANN**<br><br>                                  Debtor | Chapter 13<br><br>Bankruptcy No. 19-15972-pmm |
|---|---|

**ORDER TO SELL REAL ESTATE FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES, TO APPROVE BROKER'S COMMISSION, AND TO PERMIT LIMITED DISTRIBUTION OF CERTAIN SALE PROCEEDS AT SETTLEMENT**

AND NOW, upon consideration of the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Broker's Commission, and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interests of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at 823 W. Main Street, New Holland, PA 17557, Lancaster County to Jeffrey Martin and Tonya Martin for the sum of $185,000.00 in accordance with the terms of the Agreement of Sale attached to the Motion as Exhibit A, and

IT IS FURTHER ORDERED that the distributions proposed in the Motion are APPROVED as follows:

   a.   all real estate taxes and other tax or other lienable obligations owed by the Movant that are a lien on the Premises pursuant to the laws of the Commonwealth of Pennsylvania or any of its political subdivisions or agencies;

   b.   the transfer tax, as set forth in the Agreement of Sale;

   c.   the usual and customary costs of settlement paid by sellers pertaining to the transfer of residential real estate in Lancaster County, Pennsylvania;

   d.   the Broker's commission of 6% of the Purchase Price;

   e.   all secured claims, including but not limited to, the full amount of monies due to the mortgage holder Fay Servicing LLC as servicer for US Bank Trust National

        Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, including all amounts due pursuant to the underlying Note and Mortgage, up to the date of settlement;

f.    Payment to the Chapter 13 Trustee, for distribution in the amount of 26,700.00 which includes the payment of all outstanding priority and unsecured debt and the
10% Trustee commission;

g.    all tax and municipal amounts due up through date of settlement that are not represented in the filed proofs of claims;

h.    any amount remaining after 100% funding of the Chapter 13 plan shall be paid to the Debtor at settlement;

i.    the fourteen (14) day period under Fed. R. Bankr. P. 4001 (a)(3) shall not apply and settlement may be conducted upon entry of this Order.

**BY THE COURT:**

_____
**United States Bankruptcy Judge**

| | |
|---|---|
| Michael D. Hess | Tom Garman |
| Burke & Hess | Berkshire Hathaway HomeServices |
| 1672 Manheim Pike | 215 S. Centerville Road, Ste. B |
| Lancaster, PA  17601 | Lancaster, PA 17603 |
| | US Bank National Association |
| Office of the U.S. Trustee | PO Box 814609 |
| 833 Chestnut Street | Dallas, TX 75381-4609 |
| Suite 500 | |
| Philadelphia, PA 19107 | Earl Township |
| | c/o William J. Cassidy, Jr. |
| Scott F. Waterman | 33 North Duke Street |
| Chapter 13 Trustee | Lancaster, PA 17602 |
| 2901 St. Lawrence Avenue, Ste. 100 | |
| Reading, PA 19606 | Earl Township |
| | 517 N. Railroad Avenue |
| Regina Gail Blann | New Holland, PA 17557 |
| 164 Amber Circle | |
| New Holland, PA 17557 | |
| | |
| Rebecca A. Solarz Esq. | |
| c/o KML Law Group, P.C. | |
| 701 Market Street, Suite 5000 | |
| Philadelphia, PA 19106-1532 | |