United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Regina Gail Blann  
     Debtor

Case No. 19-15972-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: DonnaR    Page 1 of 1    Date Rcvd: Sep 22, 2020  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2020.
db          +Regina Gail Blann,   164 Amber Circle,   New Holland, PA 17557-9425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2020 at the address(es) listed below:
        ANTHONY ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
         anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
        MARIO J. HANYON    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
        MICHAEL D. HESS    on behalf of Debtor Regina Gail Blann amburke7@yahoo.com
        REBECCA ANN SOLARZ    on behalf of Creditor    US Bank Trust National Association, Not In Its
         Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                  TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In Re:<br><br>REGINA GAIL BLANN<br><br>Debtor | Chapter 13<br><br><br>Bankruptcy No. 19-15972-pmm |
|---|---|

**ORDER TO SELL REAL ESTATE FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES, TO APPROVE BROKER'S COMMISSION, AND TO PERMIT LIMITED DISTRIBUTION OF CERTAIN SALE PROCEEDS AT SETTLEMENT**

AND NOW, upon consideration of the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Broker's Commission, and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interests of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at 823 W. Main Street, New Holland, PA 17557, Lancaster County to Jeffrey Martin and Tonya Martin for the sum of $185,000.00 in accordance with the terms of the Agreement of Sale attached to the Motion as Exhibit A, and

IT IS FURTHER ORDERED that the distributions proposed in the Motion are APPROVED as follows:

a. all real estate taxes and other tax or other lienable obligations owed by the Movant that are a lien on the Premises pursuant to the laws of the Commonwealth of Pennsylvania or any of its political subdivisions or agencies;

b. the transfer tax, as set forth in the Agreement of Sale;

c. the usual and customary costs of settlement paid by sellers pertaining to the transfer of residential real estate in Lancaster County, Pennsylvania;

d. the Broker's commission of 6% of the Purchase Price;

e. all secured claims, including but not limited to, the full amount of monies due to the mortgage holder Fay Servicing LLC as servicer for US Bank Trust National

    Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, including all amounts due pursuant to the underlying Note and Mortgage, up to the date of settlement;

f. Payment to the Chapter 13 Trustee, for distribution in the amount of 26,700.00 which includes the payment of all outstanding priority and unsecured debt and the
 10% Trustee commission;

g. all tax and municipal amounts due up through date of settlement that are not represented in the filed proofs of claims;

h. any amount remaining after 100% funding of the Chapter 13 plan shall be paid to the Debtor at settlement;

i. the fourteen (14) day period under Fed. R. Bankr. P. 4001 (a)(3) shall not apply and settlement may be conducted upon entry of this Order.

**BY THE COURT:**

**Date: September 21, 2020**

*Patricia M. Mayer*

**United States Bankruptcy Judge**

Michael D. Hess
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Ste. 100
Reading, PA 19606

Regina Gail Blann
164 Amber Circle
New Holland, PA 17557

Rebecca A. Solarz Esq.
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Tom Garman
Berkshire Hathaway HomeServices
215 S. Centerville Road, Ste. B
Lancaster, PA 17603
US Bank National Association
PO Box 814609
Dallas, TX 75381-4609

Earl Township
c/o William J. Cassidy, Jr.
33 North Duke Street
Lancaster, PA 17602

Earl Township
517 N. Railroad Avenue
New Holland, PA 17557