# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 19-15972-pmm |
| | : | |
| Regina Gail Blann | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | |

## ORDER

**AND NOW,** upon consideration of Debtor's Objection to Proof of Claim of Earl Township (Proof of Claim No. 4-3),

**IT IS HEREBY ORDERED**, that the proof of claim filed by Earl Township be disallowed in its entirety.

BY THE COURT

*Patricia M. Mayer*
_____
United States Bankruptcy Judge

**Date: December 10, 2020**

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA 17601

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Earl Township
c/o Brenda Becker
517 North Railroad Street
New Holland, PA 17557

William J. Cassidy, Jr., Esq.
c/o Appel, Yost & Zee, LLP
33 North Duke Street
Lancaster, PA 17602