# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 19-15972-pmm |
| | : | |
| Regina Gail Blann | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | |

## ORDER

**AND NOW,** upon consideration of Debtor's Objection to Proof of Claim of US Bank National Association, Not In Its Individual Capacity But Solely As Owner Trustee for VRMTG Asset c/o Fay Servicing, LLC (Proof of Claim No. 2-1),

**IT IS HEREBY ORDERED**, that the proof of claim filed by US Bank National Association, Not In Its Individual Capacity But Solely As Owner Trustee for VRMTG Asset c/o Fay Servicing, LLC be disallowed in its entirety.

BY THE COURT

*Patricia M. Mayer*

**Date: December 10, 2020**

United States Bankruptcy Judge

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA  17601

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

Rebecca A. Solarz, Esq.
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106