United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                Case No. 19-15972-pmm

Regina Gail Blann                                                                                     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina Gail Blann, 164 Amber Circle, New Holland, PA 17557-9425 |
| 14394034 | + | Earl Township, 517 N. Railroad Avenue, New Holland, PA 17557-9758 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020                 Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| MARIO J. HANYON | on behalf of Creditor Specialized Loan Servicing LLC mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| MICHAEL D. HESS | on behalf of Debtor Regina Gail Blann amburke7@yahoo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |

District/off: 0313-4 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 10, 2020 | Form ID: pdf900 | Total Noticed: 2

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Specialized Loan Servicing LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 19-15972-pmm |
| | : | |
| Regina Gail Blann | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | |

**ORDER**

**AND NOW,** upon consideration of Debtor's Objection to Proof of Claim of Earl Township (Proof of Claim No. 4-3),

**IT IS HEREBY ORDERED**, that the proof of claim filed by Earl Township be disallowed in its entirety.

BY THE COURT

*Patricia M. Mayer*
_____
United States Bankruptcy Judge

**Date: December 10, 2020**

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA  17601

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Earl Township
c/o Brenda Becker
517 North Railroad Street
New Holland, PA 17557

William J. Cassidy, Jr., Esq.
c/o Appel, Yost & Zee, LLP
33 North Duke Street
Lancaster, PA 17602