UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Regina Gail Blann   :   CASE NO: 19-15972-pmm
:
:   CHAPTER 13
:
DEBTOR

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by Debtor's Counsel Michael D. Hess, Esq., of Burke & Hess, (the "Applicant) and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $9,028.00 and reimbursement of expenses of $251.95;

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed amounts set forth in ¶2 less $1,690.00 which was paid by the Debtor prepetition to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

2/24/21
_____
Date

_Patricia M. Mayer_
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE