Certificate Number: 05781-PAE-DE-035610377

Bankruptcy Case Number: 19-15972



05781-PAE-DE-035610377

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 26, 2021</u>, at <u>2:17</u> o'clock <u>PM PDT</u>, <u>Regina Blann</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>April 26, 2021</u>              By:    <u>/s/Allison M Geving</u>

                                            Name:  <u>Allison M Geving</u>

                                            Title: <u>President</u>