## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Regina Gail Blann, | : | Bankruptcy Case No. 19-15972 [pmm] |
| Debtor | : | |
| | : | |

## WITHDRAWAL OF OBJECTION TO DISCHARGE AND MOTION TO ENFORCE SETTLEMENT

The United States of America, on behalf of its agency, the Internal Revenue Service (the IRS), the debtor having now fulfilled the terms of the settlement, withdraws its Objection to Discharge and Motion to Enforce Settlement. (ECF No. 94.)

                                        Respectfully submitted,

                                        JENNIFER ARBITTIER WILLIAMS
                                        Acting United States Attorney

                                        */s/ Anthony St. Joseph*
                                        ANTHONY ST. JOSEPH
                                        Assistant United States Attorney
                                        615 Chestnut Street, Suite 1250
                                        Philadelphia, PA 19106
                                        (215) 861-8267
Dated: June 17, 2021              anthony.stjoseph@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this date I caused a true and correct copy of the foregoing WITHDRAWAL OF OBJECTION TO DISCHARGE AND MOTION TO ENFORCE SETTLEMENT to be served upon the following by electronically filing through the CM/ECF system, which will effect electronic notice to the following:

Michael D. Hess
Burke & Hess
1672 Manheim Pike
Lancaster PA 17601-3028

SCOTT F. WATERMAN Chapter 13
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia PA 19106


    /s/ Anthony St. Joseph
    Anthony St. Joseph
    Assistant United States Attorney


Dated: June 17, 2021